IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02011-ZLW-MEH

GINGER STEIN,

    Plaintiff,

v.

GENERAL REVENUE CORPORATION, an Ohio corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having reviewed the Notice Of Dismissal With Prejudice (Doc. No. 5, Oct. 16, 2008) pursuant to Fed.R.Civ.P. 41(a)(1)(i) and being fully advised in the premises, hereby orders that this case is dismissed with prejudice, each party to pay her or its own attorney's fees and costs.

DATED this 21 day of Oct., 2008.

BY THE COURT:

*[signature]*
ZITA L. WEINSHIENK, Senior Judge
United States District Court